IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA



Case: 1:23−cv−03215
Assigned To : Unassigned
Assign. Date : 10/23/2023
Description: Pro Se Gen. Civ. (F−DECK)

-against-

KAMALA D. HARRIS, The President of the Senate, LINDA THOMAS-GREENFIELD, current UN Ambassador, and NIKKI HALEY, and former UN Ambassador and former Governor of the State of South Carolina and former Representative in the State of South Carolina House of Representative,

**EMERGENCY**

**REDACTED**

Complaint for Violation of Civil Rights

(Non-Prisoner Complaint)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   X No
              *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.



**RECEIVED**
OCT 23 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ❌❌❌❌❌ |
| Street Address | ❌❌❌❌❌❌❌❌ |
| City and County | ❌❌❌❌❌❌❌❌❌❌❌ |
| State and Zip Code | ❌❌❌❌❌❌ |
| Telephone Number | ❌❌❌❌❌❌ |

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Merrick B. Garland |
| Job or Title | U.S. Attorney General (if known) |
| Street Address | 950 Pennsylvania Avenue NW |
| City and County | Washington, Potomac County |
| State and Zip Code | D.C., 20530 |
| Telephone Number | 202-353-1555 |

☐ Individual capacity      X Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Adair Ford Boroughs |
| Job or Title | U.S. Attorney for the D.S.C. |
| Street Address | 1441 Main Street Suite 500 Columbia, SC 29201 |
| City and County | Columbia, Richland or Lexington County |
| State and Zip Code | South Carolina, 29201 |
| Telephone Number | 803-929-3000 |

☐ Individual capacity      X Official capacity

1

Defendant No. 3

    Name    Kamala D. Harris

    Job or Title    President of the United States Senate

    Street Address    United States Senate

    City and County    Washington, Potomac County

    State and Zip Code    D.C., 20530

    Telephone Number    (202) 224-3121

    ☐ Individual capacity    X Official capacity

Defendant No. 4

    Name    Linda Thomas-Greenfield

    Job or Title    U.N. Amb. Extraordinary & Plenipotentiary

    Street Address    46th Street & 1st Avenue

    City and County    New York, New York County

    State and Zip Code    New York, 10017

    Telephone Number    1 (212) 963-8687

    ☐ Individual capacity    X Official capacity

Defendant No. 5

    Name    Nikki Haley

    Job or Title    U.N. Amb. Extraordinary & Plenipotentiary

    Street Address    186 Seven Farms Dr. Ste F-370

    City and County    Daniel Island, Berkley County

    State and Zip Code    South Carolina, 29492

    Telephone Number    1 (212) 963-8687

    ☐ Individual capacity    X Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   X   Federal officials (a *Bivens* claim)

   ☐   State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   _____
   _____
   _____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   > Each Defendant is the proximate cause of the deprivation of my[1] civil liberties because they have failed to act and perform their contract-in-law ministerial duty from the United States Constitution to aid my personal expression and sexual promiscuity. *Asante v. Cal. Dep't of Health Care Servs.*, 2016 WL 1427495 * 3-5 (N.D. Cal. Apr. 12, 2016). *Obergefell v. Hodges*, 576 U.S. 644, 663 (2015) (extended to all person under the Equal Protection Cl., U.S. const. amend. XIV). *United States v. Schurz*, 102 U.S. 378 (1880) (where discretion can be abused, it is no discretion at all; where higher official can overturn officer, then that lower officer has no discretion) (here, like patent officers who sign regular not-actually

---

[1] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ James R. Hertzler, *Who Dubbed It 'The Glorious Revolution?'*, 19 ALBION: A Q.J. CONCERNED WITH BRITISH STUD. 579-85, 582 (1987), https://www.jstor.org/stable/4049475 (a glorious posterity; more glorious Crown in the next world). 42 U.S.C. § 1982.

3

discretionary orders, the President of the Senate and the U.N. Ambassadors must sign regular executive orders while the President of the United States Joe Biden is away). Each Defendant is the highest ranking official to Take Care mandatory U.N. Treaties which have created a ministerial duty in law to sign a regular executive order to Plaintiff ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ Each Defendant is responsible for disseminating resources to the United States. *Cf. Andrews v. Westaway*, 122 A. 729, 729 (N.J. 1923) (oath of office creates binding contract-in-law and ministerial duties).

Congress has also passed a resolution against the Modi Government for religious persecution. ▆▆▆▆▆▆ is a protected religious minority by treaty of the International Covenant of Civil & Political Rights (effective in the USA in 1992), *see also* 42 U.S.C. §§ 2000bb-3(a), ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ U.S. const. art. VI, § 2. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Each Defendant must perform their ministerial duty by executive order leading the Government.

Pundits and newspapers have put ▆▆▆▆▆▆▆▆▆ who are religious minorities, on aware for expected particularized harm, from within or foreign socialist empires, for being religious minorities ▆▆▆▆▆▆▆▆▆▆▆▆▆ and an United States Congressional resolution speaks out against religious persecution in the Republic of India and it that creates a ministerial duty for the Executive and States to check, investigate, mitigate, and absolves damages within our own polity for the like purpose regardless of method and construct. *See also* U.S. const. art. VI, § 1 (referring to Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784) (https://avalon.law.yale.edu/18th_century/parispr1.asp)
("disposed to carry the said articles into execution, truly, honestly , and with good faith, according to the intent and meaning thereof, we have thought proper by these presents to notify the premises to all the good citizens of these United States, hereby requiring and enjoining all bodies of magistracy, legislative, executive, and

judiciary, all persons bearing office, civil or military, of whatever rank, degree, or power, and all others the good citizens of these States of every vocation and condition, that, reverencing those stipulations entered into on their behalf under the authority of that federal bond by which their existence as an independent people is bound up together and is known and acknowledged by the nations of the world, and with that good faith, which is every man's surest guide, within their several offices, jurisdictions, and vocations, they carry into effect the said definitive articles and every clause and sentence thereof, sincerely, strictly and completely.").

The complaint is ripe for the court to issue a regular partial opinion not only to restore ▆▆▆ Ordered Liberty in order to defend and argue the complaint but also to strictly estop any carryover or re-construed prosecution of moteliers for their corporate sovereignty, as ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ The absence of evidence is sufficient for this persecution as no source can prove otherwise, and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ T ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆



The State Constitutions of South Carolina, New Jersey, Indiana, Illinois, Georgia, California, D.C., Mississippi, and Delaware all at least minimally ▆▆▆▆▆▆▆▆ and create a duty for the Defendants to fully faithfully perform their duties.

*Hastings v. Judicial Conf. of United States*, 593 F. Supp. 1371, 1379 (D.D.C. 1984) (Framers bi- or tri-furcated the ministerial powers into the interdependent powers of three separate branches of government) (Parliament is a quasi-executive, quasi-legislative, and

quasi-judicial entity).  *Comm. on Judiciary v. McGahn*, 415 F. Supp. 3d 148, 173, 177, 186 (D.D.C. 2019) (Brown Jackson, J., op.) (citing *Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579, 635 (1952) (Jackson, J., concurring) ("While the Constitution diffuses power to better secure liberty, it also contemplates that practice will integrate the dispersed powers into a workable government. It enjoins upon its branches separateness but interdependence, autonomy but reciprocity.").

This Federal district court may issue a writ of mandamus, § 1361 or § 1651, requiring any or all Defendants to perform their duties.

This court also has an inherent and supervisory gatekeeping function to protect a litigant's right to go to court, argue, and more adequately defend the complaint. *See e.g., Dred Scott v. Sandford*, 60 U.S. 393 (1856) (superseded in part by the Fourteenth Amendment). U.S. const. amends. V & XIV.  The court should order the termination of the stress/depression and deprivation of ▓▓▓ giftedness and other human rights violations.  *Id*. This gatekeeping power is also found in reprieve powers and all other things are not enforceable as a matter of public policy.  U.S. const. amend. XIV. *Colo. River Water Conservation Dist. v. United States,* 424 U.S. 800, 817 (1976) ("Federal courts have a 'virtually unflagging obligation...to exercise the jurisdiction given them.'") ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ U.S. const. amend. XIV, § 1, cl. 2 & § 5.  28 U.S.C. § 453.  5 U.S.C. § 3331.

The law merchant and the Federal Torts Claims Acts also hold each Defendant strictly liable to perform these duties, with expectations and orders of specific performance, by the products/equipment of the United States that gives private title to and can have revert.  42 U.S.C. § 1982.  *Cf.* state/political titles cannot be reverted to The Absolute Sovereign per the treaty ending the Glorious Revolution. *Poindexter v. Greenhow*, 114 U.S. 270, 290 (1885).  Honest Services Fraud, 28 US.C. § 1346, also creates strict liability, as does contract-in-law rights, 42 U.S.C. § 1981, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6



Defendant LTG has strict liability and duties from the UN Declaration of Independence and Human Rights treaties and resolutions governing Turtles Bay. Defendant LTG must perform these duties, as the Sister States are concerned, in accord with the United States Constitution while representing the United States President Joe Biden on the U.N. Permanent Security Council. 28 U.S.C. § 1651 mandamus for ministerial duty is ripe; including also for Defendant Harris and Defendant Haley for adhering to protocol/order of precedent lodged in the U.S. Department of Secretary of State, per their pensions.

▓▓▓▓▓▓▓▓ are net monetary contributors to the United States Treasury; ▓▓▓▓▓▓▓▓ is also expected to be a net monetary contributor to the United States Treasury. Ordered Liberty also applies for this independent reason from each of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

The Union Constitution and the sister state constitutions are not ageist or ableists. Our trading partners also want ▓▓▓▓▓▓▓▓ subjective self-image to govern, but for this peril, as many of them are ▓▓▓ as expressed by treaties and embassy agreements. This causes a ministerial duty from executive agreements, contract-in-law, statutes, treaties, and the Constitution on all elected and appointed officials of the Seat of the United States, including this court's clerk and judges and the Defendants, to Take Care and administer without respects to person without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. 28 U.S.C. § 453; 5 U.S.C. § 3331; and C. Conduct U.S. JJ. Canons 1-3.

 22 U.S.C. §§ 6401 & 6411(c)(4)(A) and the International Covenant of Civil and Political Rights (treaty signed in 1992). 22 U.S.C. § 6483(2)(A).

Invasion of Privacy; Battery (civil, criminal, and public health);

Honest Services; Negligent Breach of Social Duty of U.N. Treaty of International Covenant of Civil and Political Rights (effective in in the USA in 1992); and ministerial duties are all expected. *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 396 (1971) ("federal courts may use any available remedy to make good the wrong done").

This complaint does not create res judicata in any effect.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____
_____
_____

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I submitted a Grievance to each Defendant, and they failed to answer. U.S. const. amend. I.  each Defendant might be mentally

        disabled and possessed by toxic masculinity and anti-feminist ideologies.  U.S. const. amend. XIV, § 1, cl. 3.  Ambassador Haley has not issued an executive order, to the best of my knowledge, on recent demand.  U.S. const. art. IV, §§ 1-2.  Each Defendant has been prejudicially prejudice.  Doctrine of Comity (Unitary Executive Theory), U.S. const. art. IV, § 2 & amends. V & XIV.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

        U.N. Ambassador Nikki Haley was an incumbent.  President Harris and U.N. Ambassador LTG are incumbents.  All have failed to reasonably and seasonably respond to my regular matter and grievances.  Each have known since the first day in office.

        Enforcement of Ordered Liberty ▓▓▓▓▓▓▓▓ is a compelling governmental reason to burden anyone's religion.  42 U.S.C. §§ 2000bb-1(b)-(c) (no religious law is likely to apply).  28 U.S.C. § 453.  5 U.S.C. § 3331.



C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

        The facts are aforesaid.  Each Defendant has failed to enforce the United States Constitution and U.N. Treaties which all carry the presumption of constitutionality.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Federalist No. 2, 42, & 80.  *See also*

U.S. const. art. IV, § 2 & art. VI, § 2.[2]

Each Defendant is the proximate cause, and each Defendant is liable, 

The ministerial duties are inherent in and the powers to solve this matter are inherent to each Defendant by their own title(s) by the United States Constitution, *e.g.* President of the United States Senate, The United Nations Ambassador Extraordinary and Plenipotentiary of the United States, and Governor of the State of South Carolina. U.S. const. art. IV, §§ 1-2 & amend. XIV, § 1, cl. 2.

▨ a pro se litigant, under § 1746, and *Erickson*, believes that there is good cause and compelling reason to seal this complaint.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

 unable to defend himself adequate in local, state, and federal courts; and ▨▨▨ has been invalidly deprived of his own Ordered Liberty and privileges and immunities under the South Carolina constitution, the Federal Constitution, U.S. const. art. IV, § 2, and other sister state laws and U.S. treaties.

## V. Relief

---

[2]. Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the U.S. as treaty in 1992); Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the U.S. in 2009 as enforcement agreement); Convention on the Rts. of the Child, Art. 2 (effective in the USA in as enforcement agreement in 1995); Convention on the Elimination of All Forms of Discrimination against Women, Arts. 2, 5, 7, 10, 13, & 15 (enforcement agreement in U.S. in 1980) (Due Process Cl.-Equality, U.S. const. amend. XIV, § 2); Convention on the Rts. of Persons w/ Disabilities, Arts. 1, 7, 10 & 14 (effective in the U.S. in 2009 as enforcement agreement); Int'l Convention on the Elimination of All Forms of Racial Discrimination, Pt. 1, Art. 1.1 (effective in the U.S. as treaty in 1992); and Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Pt. I, Art. 2.3 (effective in the U.S. as treaty in 1994).

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

> Issue mandamus, rule nisi, or order of specific performance for ministerial duties originating from the United States Constitution or law to either §§ 1361 & 1651.  Expectation damages.  Parasitic damages ▮▮▮▮▮▮▮▮ free as he might have political pressures ▮▮▮▮▮▮▮▮ peril and prejudice against the title President?  Money damages; there is an "old" money and "new" money game.  Oppressive damages.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **$750M to $30 billion.**

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 23, 2023.

Signature of Plaintiff  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Printed Name of Plaintiff  ▮▮▮▮▮▮

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____

|   |   |
|---|---|
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

**CERTIFICATE OF SERVICE**

I served by Clerk of Court and by e-mail to the individuals below on 10/23/2023:

US Attorney General
Merrick Garland
950 Pennsylvania Avenue NW
Washington, DC 20530
merrick.garland@usdoj.gov

US Attorney for the D.S.C.
Matthew M. Graves
601 D Street, NW
Washington, DC 20579
usadc.webmaster@usdoj.gov